DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

EVAN MICHAEL STUMP,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2566
————————————————

March 13, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Charles Sniffen, Judge.

PER CURIAM.

　　Affirmed.

SILBERMAN, MORRIS, and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.